JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK B. VAUGHN, | ) Civil No. CV 09-01351 DSF(PLAx) |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) JUDGMENT |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

This action came on for trial before the Court, the Honorable Dale S. Fischer, District Judge, Presiding. The arguments and evidence having been presented and fully considered, the issues having been duly heard and findings of fact and conclusions of law having been entered,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of defendant United States of America, that plaintiff Patrick Vaughn take nothing, that the complaint be dismissed and defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATE: March 1, 2011

_____
DALE S. FISCHER
United States District Judge